Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Email: jmarker@mbt-law.com

UNITED STATES
BANKRUPTCY COURT

2010 FEB 23 PM 12: 59

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-20413 RKM |
| | | Chapter 7 |
| JARED D. PREECE, and | : | |
| RACHEL A. PREECE | | |
| Debtor. | : | |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Joel T. Marker, Trustee of the Chapter 7 bankruptcy estate of Jared D. Preece and Rachel A. Preece, pursuant to Rule 3011, Rules of Bankruptcy Procedure, hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. On October 21, 2009, the following check was issued in the amount set forth below:

| **Check #** | **Creditor and Address** | **Check Amount** |
|---|---|---|
| 105 | IHC<br>P.O. Box 27808<br>Salt Lake City, UT 84127-0808 | $50.46 |

2. Check No. 105 is stale.

3. The unclaimed funds are on deposit at Chase Manhattan Bank, Account No. 312-2445104-66.

4. The last known name and address of the payee to which the check was sent is listed above.

5. A check in the amount of $50.46 representing said unclaimed funds, made payable to the U.S. Bankruptcy Court Clerk is attached hereto.

DATED this 22nd day of February, 2010.

McKAY, BURTON &THURMAN

By: _____
Joel T. Marker
Attorneys for Joel T. Marker, Trustee

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of February, 2010, a true and correct copy of the foregoing was mailed, postage prepaid, to the following:

United States Trustee
405 South Main St., Suite 300
Salt Lake City, UT 84111

Marji Hanson
352 South Denver St., Suite 240
Salt Lake City, UT 84111

IHC
P.O. Box 27808
Salt Lake City, UT 84127-0808

/S/
Leanne Ruesch